# PETTY OFFENSE MINUTE SHEET

Case No.: 3:16-po-00001

Violation No(s).:   4198910 – VW13

Date: January 20, 2016

---

Defendant:   Brian J. Hanna                                    Counsel:   -

---

PRESENT:   Judge:   Joel C. Hoppe
              Deputy Clerk: Joyce C. Jones          Time in court: 10:40-10:45
              Court Reporter: FTR Recording/Joyce C. Jones
              AUSA:   Heather Carlton/Daniel Nadratowski – 3rd year
              Ranger:   Cyr
              USPO:   Lew Harmon

[X] Initial Appearance.  Defendant advised of charges, rights and nature of proceedings.

[ ] Defendant waives counsel; advises court wishes to proceed today without counsel.

[ ] Defendant requests appointment of counsel.       [ ] Court grants request for appointment of counsel.

[ ] Defendant moves for continuance.  Court trial continued to _____.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| # | - | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

[X] Defendant sworn, questioned and advised of rights on plea of guilty.  Government proffers/presents evidence to support plea and rests.

[ ] Court trial held.

Comments-

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 3:16-po-00001 | _ | _ | X | Dismissed on motion of the Government without prejudice |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report.  Sentencing set for _____.
☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond.  Bond set at $_____

Additional information: